tmd3574/db
Return Date & Time:
SEPTEMBER 10, 2018 9:30 AM

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X      Chapter 13 Case No: 118-43910-ESS
IN RE:
                                                                                NOTICE OF MOTION
BRUCE KIRKLAND,
                           Debtor
------------------------------------------------------------X

       PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable Elizabeth S. Stong, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York, Courtroom 3585 on SEPTEMBER 10, 2018 at 9:30 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. Section 1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

       Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Marianne DeRosa, Esq., no later than seven (7) business days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:   Jericho, New York
       August 21, 2018

                                         /s/ Marianne DeRosa
                                         MARIANNE DeROSA, TRUSTEE
                                         125 JERICHO TPKE, SUITE 105
                                         JERICHO, NEW YORK 11753
                                         (516) 622-1340

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | tmd3574/db<br><br>SEPTEMBER 10, 2018<br>9:30 AM |

-----------------------------------------------------------X

| | |
|---|---|
| IN RE: | Chapter 13 118-43910-ESS |
| BRUCE KIRKLAND, | APPLICATION |
| Debtor. | |

-----------------------------------------------------------X

TO THE HONORABLE ELIZABETH S. STONG, U.S. BANKRUPTCY JUDGE:

Marianne DeRosa, Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on July 5, 2018, and, thereafter, Marianne DeRosa was duly appointed and qualified as Trustee.

2. The Debtor's proposed Chapter 13 Plan, (hereinafter "The Plan"), dated July 3, 2018, filed with the Court on July 19, 2018, and reflected in the Court's docket as number 12 provides for a monthly Plan payment of $2,500.00 per month for a period of 36 months.

3. As of the date of this motion, the Debtor has failed to:

   a. provide the Trustee with proof of post-petition mortgage payments seven business days before the first meeting of creditors as required by E.D.N.Y. LBR 2003-1(a)(vi);

   b. provide the Trustee with proof of post-petition mortgage payments seven days before the first date set for confirmation of the Chapter 13 Plan as required by E.D.N.Y. LBR 2003-1(b)(i);

   c. provide the Trustee with a copy of an affidavit by the Debtor stating the Debtor has paid all amounts that are required to be paid under a domestic support obligation or that the Debtor has no domestic support obligations as required by E.D.N.Y. LBR 2003-1(b)(ii)(A) and (B);

   d. provide the Trustee with a copy of affidavit from the Debtor stating whether the Debtor has filed all applicable federal, state and local tax returns under the Bankruptcy Code Section 1308 as required by E.D.N.Y. LBR 2003-1(b)(iii);

   e. file the original affidavits with the Court as required under subdivisions (b)(ii) and (iii) as required by E.D.N.Y. LBR 2003-1(c).

   f. provide the Trustee with a copy of a federal income tax return or transcript for the most recent year 7 days before the first meeting of creditors pursuant to 11 U.S.C. § 521(e)(2)(A)(i)

       g.  commence making Chapter 13 plan payments to the Trustee as required by 11 U.S.C. § 1326(a)(1), and is $2,500.00 in arrears through and including August 2018.

4.  The Plan cannot be confirmed and as a result a delay has occurred that is prejudicial to the rights of creditors. The case must be dismissed under 11 U.S.C. § 1307(c)(1) and (c)(5).

5.  Each of the foregoing constitutes cause to dismiss this Chapter 13 case within meaning of 11 U.S.C. §1307(c).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order denying confirmation and dismissing this Chapter 13 case and such other and further relief as may seem just and proper.

Dated: Jericho, New York
       August 21, 2018

                                      /s/ Marianne DeRosa
                                      Marianne DeRosa, Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   Chapter 13 Case No: 118-43910-ESS
IN RE:

BRUCE KIRKLAND,

                                                                                                         CERTIFICATE OF SERVICE
                                                                                                                 BY MAIL

                          Debtor.
-----------------------------------------------------------X


           This is to certify that I, DANI M. BOYER, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

BRUCE KIRKLAND
193-34 85th ROAD
HOLLIS, NY 11423

DAMOND J. CARTER, ESQ.
58 BEACON AVENUE
ALBANY, NY 12203

SELECT PORTFOLIO SERVICING
C/O SHAPIRO, DICARO & BARAK, LLC
ONE HUNTINGTON QUAD, STE 3N05
MELVILLE, NY 11747



This August 21, 2018

/s/DANI M. BOYER
DANI M. BOYER, Paralegal
Office of the Standing Chapter 13 Trustee
Marianne DeRosa, Esq.
125 Jericho Tpke, Suite 105
Jericho, New York 11753
(516) 622-1340

Index No: 118-43910-ESS
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

BRUCE KIRKLAND,

Debtor.

NOTICE OF MOTION, APPLICATION
and
CERTIFICATE OF SERVICE

MARIANNE DeROSA, TRUSTEE
125 JERICHO TPKE, SUITE 105
JERICHO, NEW YORK 11753
(516) 622-1340