CIVIL RIGHTS CONSORTIUM, INC.
LEGAL DIVISION
1 W Prospect Avenue, Suite 1009
Mount Vernon, NY 10550
(855) 490-3984 Telephone

September 4, 2018

Honorable Elizabet S. Strong, U.S.B.C.
United States Bankruptcy Court
for the Eastern District of New York
271-C Cadman Plaza East
Suite 1595
Brooklyn, NY 11201-1800

        RE: In Re Bruce Kirkland
        Case No. 1-18-43910(ESS)
        Request for Adjournment

Dear Judge Strong:

Please accept this letter application for an adjournment of the Creditors' Meeting scheduled for September 5, 2018, in lieu of a more formal application.  Additionally, I do apologize for the belated request, but I was unable to make such request on Friday, as I was away, and yesterday was a holiday.

The Debtor has duly served the Trustee with copies all schedules and related bankruptcy documents.  The attached affidavits were inadvertently left out of that express mailing.  Additionally, the Debtor has provided the post-petition mortgage payments.  Outstanding is a copy of the Debtor's tax returns which I received this morning.  The Debtor was unable to get such to me sooner given his wife was abroad and he needed her assistance in accessing such.  Additionally, the Debtor must file an Amended Schedule I providing the non-filing spouses income, and an amended Chapter 13 Plan providing for payment of the arrears.  Counsel will see to it that the amendments are filed within the next two days.

Therefore, counsel respectfully requests an adjournment of the Creditors Meeting scheduled for September 5.  Counsel has reached out to the U.S. Trustee regarding this application but has not heard back from the Trustee.  Similarly, Debtor's counsel has reached out to counsel for the Creditors regarding such adjournment, and the Creditors' counsel has informed Debtor's counsel that the Creditors take no position on this application.


Civil Rights Consortium, Inc.
Legal Division

BY: /s/ D.J. Carter
    D.J. Carter

**BY ECF**
Marianne DeRosa, U.S. Trustee

Alexandros E. Tsionis, Esq.
SHAPIRO DiCARO & BARACK, LLC
ATTORNEYS FOR CREDITORS