UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE BANKRUPTCY OF,

BRUCE KIRKLAND,

Debtor.

Case No.: 1-18-43910

**AFFIDAVIT OF CHAPTER 13 SECTION 109(e)'s UNSECURED DEBTS**

COUNTY OF Queens }
.SS:
STATE OF NEW YORK }

I, Bruce Kirkland, the Debtor in the above-captioned matter, do hereby affirmed the following under the penalties of perjury:

(1) I currently hold an obligation for property located at 147-16 130th Avenue, Queens, New York, even though that property is the possession of an irrevocable trust. The balance of that debt currently is $237,551.89.

(2) I currently hold an obligation for property located at 147-19 130th Avenue, Queens, New York, even though that property is the possession of an irrevocable trust. The balance of that debt currently is $221,119.37.

(3) I currently hold an obligation for property located at 173-14 Warwick Crescent, Queens, New York, even though that property is the possession of an irrevocable trust. The balance of that debt currently is $287,200.00.

_____
Signature of Affiant
Bruce Kirkland

Subscribed to before on the  27  day of November 2018.

_____
Signature and/or Seal of Notary Public

ROSULA DIONS
NOTARY PUBLIC, STATE OF NEW YORK
BRONX COUNTY, LIC. 01DI6303686
COMM. EXP. 2/4/2022