UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN THE MATTER OF THE BANKRUPTCY OF, | Case No.: 1-18-43910 |
| BRUCE KIRKLAND, | **DECLARATION** |
| Debtor. | |

COUNTY OF WESTCHESTER    }
                                              .SS:
STATE OF NEW YORK           }

    I, Damond J. Carter, an attorney admitted to practice before the courts of the State of New York, as well as the Northern, Eastern, and Southern District Courts of the United States for New York, and the Second and Fourth Circuit Courts of Appeals for the United States, submit this declaration in support of the Debtor's application for an adjournment.

    (1)    On February 14, 2019, at 10:00 in the forenoon, Mr. Kirkland was to have his IDI Interview.

    (2)    The Interview has been twice rescheduled, once as a result of the government shutdown, and then most recently to give the Debtor time to prepare, although the time to do so was relatively short, given the need to conduct the IDI.

    (3)    At the time of the February 14, IDI, the Trustee and counsel for the Mr. Kirkland were present. However, Mr. Kirkland was delayed approximately 16 minutes before he was located. However, given the Trustee's IDI schedule, the delay had the domino affect that resulted in the IDI not being conducted.

(4)   Since the IDI is to proceed the creditors meeting, counsel for the debtor respectfully requests an adjournment of 3 weeks or until March 12, 2019, so that both the IDI and creditors meeting may be conducted.

Dated: February 19, 2019

*Damond Carter*
Damond J. Carter